**ELECKTRA HAMZAT**
1100 WYTHE ST
#25082
ALEXANDRIA, VA 22314

January 28, 2023

*Mailed 1/31/23*
*certified*

*Mailed Copies to:*
*-Peter Osvaldik, CFO (certified)*
*— Dora Bazzaro, VP (certified)*
*— LEGAL DEPT. (certified)*

**G. Michael Sievert**
CEO, T-Mobile US, Inc.
12920 SE 38th Street
Bellevue, Washington 98006-1350

**RE: Opportunity to cure**

I Hamzat:Elecktra-Mona/ agent on behalf of ELECKTRA HAMZAT/ Principal hereby accept all titles rights interest and Equity owed to Principal ELECKTRA HAMZAT. I hereby instruct **G. Michael Sievert** to Apply Principal balance To account **#964686967** Each and every billing cycle for set-Off.

I hereby Instruct **G. Michael Sievert** to Respond in writing within 5 business days to 1100 WYTHE STREET #25082, ALEXANDRIA, VA 22314 Giving notice That instructions have been received and applied.

If no response is received in 5 business days I can assume the instructions have been completed.

If you have any issues with these instructions please seek legal advice.

*by: Hamzat: Elecktra-M / Agent, Heir, Beneficiary, Executor*
By: Hamzat:Elecktra-Mona/ Agent

*for: ELECKTRA HAMZAT*

FEDERAL RESERVE ACT

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postmark
Here

Postage

1/31/23

Total Postage and Fees

T-Mobile Wireless
ATTN: G. Michael Sievert

Bellevue, WA 98006-1350

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postmark
Here

Postage

1/31/23

Total Postage and Fees

T-Mobile Wireless
ATTN: Peter Osvaldik

Bellevue, WA 98006-1350

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postmark
Here

Postage

1/31/23

Total Postage and Fees

T-MOBILE WIRELESS
ATTN: LEGAL DEPT.
12920 SE 38th St.
Bellevue, WA 98006-1350

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postmark
Here

Postage

1/31/23

Total Postage and Fees

T-Mobile Wireless
ATTN: Dara Bazzano

Bellevue, WA 98006-1350

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

*G Michael Sievert*

Remove ✕

**Tracking Number:**

# 70212720000212262350

**Copy**      **Add to Informed Delivery (https://informeddelivery.usps.com/)**

## Latest Update

Your item was picked up at a postal facility at 7:24 am on February 9, 2023 in BELLEVUE, WA 98006.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

● **Delivered**
**Delivered, Individual Picked Up at Postal Facility**
BELLEVUE, WA 98006
February 9, 2023, 7:24 am

● **Arrived at USPS Facility**
REDMOND, WA 98052
February 8, 2023, 9:46 pm

● **Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
February 8, 2023, 9:19 am

● **Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
February 7, 2023, 9:52 pm

● **In Transit to Next Facility**
February 6, 2023

● **Arrived at USPS Regional Facility**

Feedback

February 2, 2023, 4:00 pm

**Arrived at USPS Regional Facility**

DULLES VA DISTRIBUTION CENTER
February 2, 2023, 5:44 am

**Hide Tracking History**

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

Feedback

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

FAQs >

*Copy to LEGAL DEPT*

**Tracking Number:**                                                    Remove ✕

# 70212720000212262367

**Copy**       **Add to Informed Delivery**
**(https://informeddelivery.usps.com/)**

## Latest Update

Your item was picked up at a postal facility at 7:24 am on February 9, 2023 in BELLEVUE, WA 98006.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

Feedback

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
BELLEVUE, WA 98006
February 9, 2023, 7:24 am

**Arrived at USPS Facility**
REDMOND, WA 98052
February 8, 2023, 9:46 pm

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
February 8, 2023, 9:19 am

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
February 7, 2023, 9:52 pm

**In Transit to Next Facility**
February 5, 2023

**Arrived at USPS Regional Facility**

# USPS Tracking®

FAQs >

*Copy to CFO*
*Peter Osvaldik*

Remove ✕

**Tracking Number:**

## 70212720000212262343

**Copy**      **Add to Informed Delivery**
**(https://informeddelivery.usps.com/)**

## Latest Update

Your item was picked up at a postal facility at 7:24 am on February 9, 2023 in BELLEVUE, WA 98006.

_____

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

Feedback

● **Delivered**
   **Delivered, Individual Picked Up at Postal Facility**
   BELLEVUE, WA 98006
   February 9, 2023, 7:24 am

● **Arrived at USPS Facility**
   REDMOND, WA 98052
   February 8, 2023, 9:46 pm

● **Departed USPS Regional Facility**
   SEATTLE WA DISTRIBUTION CENTER
   February 8, 2023, 9:19 am

● **Arrived at USPS Regional Facility**
   SEATTLE WA DISTRIBUTION CENTER
   February 7, 2023, 9:59 pm

● **In Transit to Next Facility**
   February 5, 2023

● **Arrived at USPS Regional Facility**
   MERRIFIELD VA DISTRIBUTION CENTER

# USPS Tracking®

*Copy to Dara Bazzano*

Tracking Number:

Remove ✕

## 70212720000212262336

Copy       Add to Informed Delivery
(https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 7:24 am on February 9, 2023 in BELLEVUE, WA 98006.

Get More Out of USPS Tracking:

USPS Tracking Plus®

Feedback

**Delivered**
**Delivered, Individual Picked Up at Postal Facility**
BELLEVUE, WA 98006
February 9, 2023, 7:24 am

**Arrived at USPS Facility**
REDMOND, WA 98052
February 8, 2023, 9:53 pm

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
February 8, 2023, 9:19 am

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
February 7, 2023, 9:30 pm

**In Transit to Next Facility**
February 7, 2023

**Departed USPS Regional Facility**
SPOKANE WA DISTRIBUTION CENTER

**Arrived at USPS Regional Facility**
SPOKANE WA DISTRIBUTION CENTER
February 5, 2023, 10:52 am

● **Hide Tracking History**

**Text & Email Updates**                                               ⌄

**USPS Tracking Plus®**                                                 ⌄

**Product Information**                                                 ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

Feedback

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

**Registered mail identifier: RA 307 165 722 US**

**ELECKTRA HAMZAT**
1100 WYTHE ST
#25082
ALEXANDRIA, VA 22314

March 1, 2023

*Repeat 1st Notice to CFO*

**Peter Osvaldik**
CFO, T-Mobile US, Inc.
12920 SE 38th Street
Bellevue, Washington 98006-1350

**RE: Opportunity to cure**

I Hamzat:Elecktra-Mona/ agent on behalf of ELECKTRA HAMZAT/ Principal
hereby accept all titles rights interest and Equity owed to Principal ELECKTRA
HAMZAT. I hereby instruct **Peter Osvaldik** to Apply Principal balance To
account **#964686967** Each and every billing cycle for set-Off.

I hereby Instruct **Peter Osvaldik** to Respond in writing within 5 business days
to 1100 WYTHE STREET #25082, ALEXANDRIA, VA 22314 Giving notice That
instructions have been received and applied.

If no response is received in 5 business days I can assume the instructions
have been completed.

If you have any issues with these instructions please seek legal advice.

*by: Hamzat:Elecktra – M /Agent, Beneficiary, Heir, Executor*
By: Hamzat:Elecktra-Mona/ Agent
*for: ELECKTRA HAMZAT*

# USPS Tracking®

FAQs ›

Remove ✕

**Tracking Number:**

# RA307165722US

Copy          Add to Informed Delivery
(https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered at 9:07 am on March 10, 2023 in BELLEVUE, WA 98005.

### Delivered
**Delivered**
BELLEVUE, WA 98005
March 10, 2023, 9:07 am

**Out for Delivery**
BELLEVUE, WA 98006
March 10, 2023, 6:53 am

**Arrived at Post Office**
BELLEVUE, WA 98005
March 10, 2023, 6:42 am

**Departed USPS Facility**
SEATTLE, WA 98168
March 9, 2023, 2:21 pm

**Arrived at USPS Facility**
SEATTLE, WA 98168
March 9, 2023, 2:09 pm

**Departed USPS Facility**
DULLES, VA 20101
March 5, 2023, 3:27 am

Feedback



March 5, 2023, 1:51 am

**Departed USPS Facility**

MERRIFIELD, VA 22081

March 3, 2023, 10:23 pm

**Arrived at USPS Regional Origin Facility**

MERRIFIELD VA DISTRIBUTION CENTER

March 3, 2023, 9:58 pm

**Departed Post Office**

NEWINGTON, VA 22122

March 3, 2023, 5:12 pm

**USPS in possession of item**

NEWINGTON, VA 22122

March 3, 2023, 4:44 pm

**Hide Tracking History**

Feedback

**Text & Email Updates**          ⌄

**Product Information**          ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**Registered mail identifier: RA 307 165 722 US**

**ELECKTRA HAMZAT**
1100 WYTHE ST
#25082
ALEXANDRIA. VA 22314

*2nd Notice*

March 15, 2023

**Peter Osvaldik**
**CFO, T-Mobile US, Inc.**
**12920 SE 38th Street**
**Bellevue, Washington 98006-1350**

**RE: Second notice/Opportunity to cure**

I Hamzat:Elecktra-Mona/ agent on behalf of ELECKTRA HAMZAT/ Principal hereby accept all titles rights interest and Equity owed to Principal ELECKTRA HAMZAT. I hereby instruct **Peter Osvaldik** to Apply Principal balance To account **#964686967** Each and every billing cycle for set-Off.

I hereby Instruct **Peter Osvaldik** to Respond in writing within 5 business days to 1100 WYTHE STREET #25082, ALEXANDRIA, VA 22314 Giving notice That instructions have been received and applied.

If no response is received in 5 business days I can assume the instructions have been completed.

If you have any issues with these instructions please seek legal advice.

by: Hamzat: Elecktra —M / agent, beneficiary, executor, Heir

By: Hamzat:Elecktra-Mona/ Agent

for : ELECKTRA HAMZAT

# USPS Tracking®

*2nd Notice to CFO*

**Remove ✕**

**Tracking Number:**

## 70223330000158249917

Copy          Add to Informed Delivery
(https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 6:44 am on March 29, 2023 in BELLEVUE, WA 98006.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

Feedback

● **Delivered**
**Delivered, Individual Picked Up at Postal Facility**
BELLEVUE, WA 98006
March 29, 2023, 6:44 am

● **Arrived at USPS Destination Facility**
REDMOND, WA 98052
March 28, 2023, 10:48 pm

● **Arrived at USPS Regional Destination Facility**
SEATTLE WA DISTRIBUTION CENTER
March 28, 2023, 1:02 pm

● **In Transit to Next Facility**
March 27, 2023

● **Arrived at USPS Regional Origin Facility**
MERRIFIELD VA DISTRIBUTION CENTER
March 24, 2023, 9:02 pm

● **USPS in possession of item**
MERRIFIELD, VA 22116

**Registered mail identifier: RA 307 165 722 US**

**ELECKTRA HAMZAT**
1100 WYTHE ST
#25082
ALEXANDRIA. VA 22314

*Default notice*

March 31. 2023

**Peter Osvaldik**
CFO, **T-Mobile US, Inc.**
**12920 SE 38th Street**
**Bellevue, Washington 98006-1350**

**RE: Default Judgment**

I Hamzat:Elecktra-Mona/ agent on behalf of ELECKTRA HAMZAT/
Principal hereby accept all titles rights interest and Equity owed to
Principal ELECKTRA HAMZAT. I hereby instruct **Peter Osvaldik** to Apply
Principal balance To account **#964686967** Each and every billing cycle
for set-Off.

I hereby Instruct **Peter Osvaldik** to Respond in writing within 5 business
days to 1100 WYTHE STREET #25082, ALEXANDRIA, VA 22314 Giving
notice That instructions have been received and applied.

If no response is received in 5 business days I can assume the
instructions have been completed.

If you have any issues with these instructions please seek legal advice.

*By: Hamzat: Elecktra —M / Agent, Beneficiary, Executor, Heir*
By: Hamzat:Elecktra-Mona/ Agent
*for: ELECKTRA HAMZAT*

# USPS Tracking®

FAQs ›

*Default Judgement*

**Tracking Number:**

Remove ✕

## 70220410000049724411

Copy        Add to Informed Delivery
(https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 7:43 am on April 6, 2023 in BELLEVUE, WA 98006.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Individual Picked Up at Postal Facility**
BELLEVUE, WA 98006
April 6, 2023, 7:43 am

● **In Transit to Next Facility**
April 5, 2023

● **Arrived at USPS Regional Destination Facility**
SEATTLE WA DISTRIBUTION CENTER
April 4, 2023, 4:26 pm

● **Arrived at USPS Regional Origin Facility**
MERRIFIELD VA DISTRIBUTION CENTER
March 31, 2023, 9:17 pm

● **USPS in possession of item**
ALEXANDRIA, VA 22315
March 31, 2023, 5:14 pm

● **Hide Tracking History**

March 20, 2023

**VIA U.S. MAIL**

Elecktra Hamzat
1100 Wythe St Unit #25082
Alexandria, VA 22314

> **Re:    T-Mobile Account No. 964686967**

Dear Elecktra Hamzat:

T-Mobile is in receipt of your most recent correspondence disputing the validity of your recent payment method.  T-Mobile's position remains that the method, document, and/or instrument you are attempting to use is not accepted by T-Mobile.

As a result:

- Your T-Mobile account has not been credited with the payment amount you claim to make utilizing this invalid payment method, document, or instrument.
- If T-Mobile does not receive payment in full by the due date on your billing notification, it will be treated as a late payment or non-payment under T-Mobile's Terms and Conditions and can result in suspension of your services.
- Please provide a valid payment using a bank account or debit/credit card at our convenient payment options
    - Online: visit T-Mobile.com/pay or the T-Mobile App to make a payment
    - Phone: dial 611 from your phone to access our automated system to make a payment

Furthermore, your requests for devices, device protection services, and unwarranted civil penalties are hereby declined.

If you have any questions regarding payment on your account, please contact Customer Care at 800-937-8997.


Sincerely,

Paul Blase
Executive Response

*Note: This letter is an attempt to collect a debt owed to T-Mobile. Any information obtained will be used for that purpose only.*





Elecktra Hamzat
1100 Wythe St Unit #25082
Alexandria, VA 22314





February 15, 2023

**VIA U.S. MAIL**

Elecktra Hamzat
1100 Wythe St Unit #25082
Alexandria, VA 22314

      **Re:**    **T-Mobile Account No. 964686967**

Dear Elecktra Hamzat:

The document you submitted as payment for the T-Mobile account number referenced above is not an acceptable form of payment towards the balance owed for accrued charges under your Service Agreement. T-Mobile does not recognize that document as a valid form of payment. Under T-Mobile's Terms and Conditions, all accrued charges must be paid in full by the due date on your billing statement.

As a result:

- Your T-Mobile account has not been credited with the payment amount you claim to make utilizing this invalid payment method, document, or instrument.
- If T-Mobile does not receive payment in full by the due date on your billing notification, it will be treated as a late payment or non-payment under T-Mobile's Terms and Conditions and can result in suspension of your services.
- Please provide a valid payment using a bank account or debit/credit card at our convenient payment options
  - o Online: visit T-Mobile.com/pay or the T-Mobile App to make a payment
  - o Phone: dial 611 from your phone to access our automated system to make a payment

T-Mobile respectfully declines your requests listed in your correspondence.

If you have any questions regarding payment on your account, please contact Customer Care at 800-937-8997.

Sincerely,

Paul Blase
Executive Response

*Note: This letter is an attempt to collect a debt owed to T-Mobile. Any information obtained will be used for that purpose only.*



P.O. Box 37380 Albuquerque, NM 87176
www.t-mobile.com

FEDERAL RESERVE ACT

Section 16. Note Issues

1. Issuance of Federal Reserve notes; nature of obligation; where redeemable

Federal reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are hereby authorized. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank.

[12 USC 411. As amended by act of Jan. 30, 1934 (48 Stat. 337). For redemption of Federal reserve notes whose bank of issue cannot be identified, see act of June 13, 1933.]

2. Application for notes by Federal Reserve banks

Any Federal Reserve bank may make application to the local Federal Reserve agent for such amount of the Federal Reserve notes hereinbefore provided for as it may require. Such application shall be accompanied with a tender to the local Federal Reserve agent of collateral in amount equal to the sum of the Federal Reserve notes thus applied for and issued pursuant to such application. The collateral security thus offered shall be notes, drafts, bills of exchange, or acceptances acquired under section 10A, 10B, 13, or 13A of this Act, or bills of exchange endorsed by a member bank of any Federal Reserve district and purchased under the provisions of section 14 of this Act, or bankers' acceptances purchased under the provisions of said section 14, or gold certificates, or Special Drawing Right certificates, or any obligations which are direct obligations of, or are fully guaranteed as to principal and interest by, the United States or any agency thereof, or assets that Federal Reserve banks may purchase or hold under section 14 of this Act or any other asset of a Federal reserve bank. In no event shall such collateral security be less than the amount of Federal Reserve notes applied for. The Federal Reserve agent shall each day notify the Board of Governors of the Federal Reserve System of all issues and withdrawals of Federal

4:11




456

IMPORTANT: Your T-Mobile bill is past due. Pay now or set up a Payment Arrangement at t-mo.co/pay to avoid service interruption & $20 restore fee per line.

T-Mobile Msg: IMPORTANT: Your T-Mobile monthly service has been suspended. You will not be able to make calls, send text messages, or access data until you pay your past due balance and a $20 per line restore fee. Pay now or set up a payment arrangement at t-mo.co/pay21

— Phone line services suspended ~~for the~~ first time

Good news! Your T-Mobile line 2025005031 has been restored. For details view the Account Events section on t-mo.co/activity41

Good news! Your T-Mobile line 2025005046 has been restored. For details view the Account Events section on t-mo.co/activity41

Good news! Your T-Mobile line

— Called in formed manager of "bill error dispute" investigation, service to lines restored ★on the phone 1:30 hrs.












4:11

 

456

_____

For details view the Account Events section on t-mo.co/activity41

Good news! Your T-Mobile line 2025005046 has been restored. For details view the Account Events section on t-mo.co/activity41

Good news! Your T-Mobile line 3012813856 has been restored. For details view the Account Events section on t-mo.co/activity41

Good news! Your T-Mobile line 2026027102 has been restored. For details view the Account Events section on t-mo.co/activity41

Good news! Your T-Mobile line 2029375070 has been restored. For details view the Account Events section on t-mo.co/activity41

Restore T-Mobile as your method of payment to stream your favorite movies & TV shows (with your T-Mobile plan). Get access at t-mo.co/streaming16

Your account has been restored. For details view the Account Events section on my.t-mobile.com



       

4:11

 

456

movies & TV shows (with your T-Mobile plan). Get access at t-mo.co/streaming16

Your account has been restored. For details view the Account Events section on my.t-mobile.com

Thank you for allowing me to assist you today! Please rest assured that I addressed all the concerns you shared with me. Thanks for being a part of T-Mobile, America's leader in 5G coverage - Anagrace

IMPORTANT: Your T-Mobile bill is past due. Pay now or set up a Payment Arrangement at t-mo.co/pay to avoid service interruption & $20 restore fee per line.

IMPORTANT: Your T-Mobile bill is past due. Pay now or set up a Payment Arrangement at t-mo.co/pay to avoid service interruption & $20 restore fee per line.

 

       

4:10





456

$20 restore fee per line.

IMPORTANT: Your T-Mobile bill is past due. Pay now or set up a Payment Arrangement at t-mo.co/pay to avoid service interruption & $20 restore fee per line.

T-Mobile Msg: IMPORTANT: Your T-Mobile monthly service has been suspended. You will not be able to make calls, send text messages, or access data until you pay your past due balance and a $20 per line restore fee. Pay now or set up a payment arrangement at t-mo.co/pay21

*— Service to lines suspended again*

Restore T-Mobile as your method of payment to stream your favorite movies & TV shows (with your T-Mobile plan). Get access at t-mo.co/streaming16

*— Payment made under duress*

Your account has been restored. For details view the Account Events section on my.t-mobile.com

*— Called in again to inform of "billing error dispute" investigatio*

















456

T-Mobile: Great news! The SIM for your number ending in 3856 has been updated. If you didn't make a SIM or device change, please call Customer Care at 611 for help.

IMPORTANT: Your T-Mobile bill is past due. Pay now or set up a Payment Arrangement at t-mo.co/pay to avoid service interruption & $20 restore fee per line.

IMPORTANT: Your T-Mobile bill is past due. Pay now or set up a Payment Arrangement at t-mo.co/pay to avoid service interruption & $20 restore fee per line.

We placed the requested adjustment of $10.00 plus tax if applicable to your account. For details, view the Account Events section on t-mo.co/account3

 

