US DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
HAMZAT

   V.

PETER OSVALDIK & T-MOBILE USA, INC.

Filed: 5/23/23

Case Number: 1:23-CV-00460-CMH-JFA

Response to defendants "motion to dismiss"

AFFIDAVIT OF TRUTH
and attachment
TAKE EQUITABLE NOTICE

/s/ Hamzat Elecktra

(202) 937-5070